UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
KYIESHA YVONNE HOWARD
    Debtor(s)

Case No: 20-30471-WRS
Chapter 13

### TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on February 15, 2020. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Thursday, May 14, 2020, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1. Payments and Length of Plan:

   Amount of debtor(s) plan payments:
   **DEBTOR PAY SCHEDULE**

   | DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
   |---|---|---|---|---|
   | KYIESHA YVONNE HOWARD | TI RESURRECTION LIFE CENTER, I | 65.00 | BI-WEEKLY | 03/16/2020 |

   Period of payments: 58 months or until a 'POT' of $1,100.00 is paid to unsecured creditors.

   Payable to:    **Chapter 13 Trustee**
                     **P. O. Box 613108**
                     **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

   **ADMINISTRATIVE EXPENSES**

   | | | |
   |---|---|---|
   | Debtor's Attorney | Attorney's Fee Allowed | $3,500.00 |
   | Chapter 13 Trustee | Notice Fee @ $.50 per copy | $2.00 |
   | Chapter 13 Trustee | Trustee Administrative Fee | $7.50 |
   | Clerk of Court | Filing Fee | $310.00 |

   **SECURED, PRIORITY AND SPECIAL CLAIMS**

   **Secured**

   | Creditor | 910/365 | Collateral Value | Interest | Payment |
   |---|---|---|---|---|
   | ROCK ROSE HIGHLAND LAKES PROP | N | $2,345.00 | 0.00 % | $120.00 |

In re  Case No: 20-30471-WRS
KYIESHA YVONNE HOWARD  Chapter 13
      Debtor(s)

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Friday, May 15, 2020.  */s/ Sabrina L. McKinney*
   Sabrina L. McKinney
   Chapter 13 Standing Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Friday, May 15, 2020.

*/s/ Sabrina L. McKinney*
Sabrina L. McKinney
Chapter 13 Standing Trustee