IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re: Kyiesha Yvonne Howard    CASE NO. 20-30471

Debtor(s)    CHAPTER 13

**RESPONSE TO CLERK'S NOTICE OF DISMISSAL**

COMES NOW, the Debtor(s) in the above referenced matter, by and through the undersigned counsel, and responds to the Clerk's Notice of Dismissal and states as follows:

1. Debtor(s), Kyiesha Yvonne Howard, commenced this case on February 15, 2020 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. The Debtor's filed an Application to Pay Filing Fee in Installments with the petition and it was granted by the Court on the 18th day of February, 2020 allowing 120 days from the date of the filing of the petition in compliance with Fed. R. Bankr. P. 1006(b)(2).
3. There is $130.00 on hand with the Trustee to be paid towards the filing with the next disbursement, and the Debtor will have the remaining fees paid shortly.

WHEREFORE, debtor(s) pray for an order taking no further action on the Clerk's Notice of Dismissal.

Respectfully submitted this the 13th day of July, 2020.

/s/ Gregory E. Tolar
Attorney for Debtor

Gregory E. Tolar
Attorney at Law
1034 East Main Street
Prattville, AL 36066
334-358-1851
334-460-0200 (fax)
gtolar@bellsouth.net

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing response on the following as noted below.

This the 13th day of July, 2020.

                /s/ Gregory E. Tolar
                Gregory E. Tolar
                Attorney at Law


The following were notified via electronic filing…

Bankruptcy Administrator
ba@almb.uscourts.gov

Larry E. Darby, Esq on behalf of Creditor Rochester Hills, LP
LDarbyEsq@knology.net, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com

Larry E. Darby, Esq on behalf of Landlord Prattville At Highland Lakes
LDarbyEsq@knology.net, bankruptcy@alabamaevictions.com;darbylawfirm@yahoo.com

Sabrina L. McKinney
trustees_office@ch13mdal.com

The following were notified via U.S. Mail…