IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KYIESHA Y. HOWARD, | ) CHAPTER 13 |
| | ) CASE NO. 20-30471 |
| DEBTOR. | ) |

## AFFIDAVIT IN SUPPORT OF MOTION TO LIFT STAY

My name is **Brenda McDonald** and I make this Affidavit for purposes of supporting a Motion to Lift Stay filed on behalf of Highland Lakes Apartments in the Chapter 13 bankruptcy case of Kyiesha Y. Howard, now pending in the United States Bankruptcy Court for the Middle District of Alabama, case number 20-30471. I am employed by Highland Lakes Apartments and am the employee in charge of the Kyiesha Y. Howard account. I have care, custody and control of the file with the original documents pertaining to the rental agreement entered into by and between Highland Lakes Apartments and Kyiesha Y. Howard and have reviewed those documents at the time I have made this Affidavit.

Kyiesha Y. Howard executed an apartment rental agreement with Highland Lakes Apartments on December 16, 2019. A copy of the agreement is attached to the Motion to Lift Stay. Kyiesha Y. Howard agreed to lease apartment number 2114 at the Highland Lakes Apartments in Prattville, Alabama for a period of twelve (12) months and agreed to pay monthly rental payments of $1,071.00 per month pursuant to said agreement. The last payment the Debtor made pursuant to said agreement was on November 3, 2020 and as of the filing of the Motion to Lift Stay the lease is currently past due for the June 1, 2020 through November 1, 2020 payments in the total amount of $7,980.00.

All of the above-related statements are true and correct to the best of my knowledge.

_Brenda McDonald_

Sworn to and subscribed before me this the 19th day of November, 2020.

_Angela Beth Murse_
NOTARY
Exp 8/15/09

ANGELA BETH MURSE
Notary Public
Alabama State at Large