**The relief described hereinbelow is SO ORDERED**

**Done this 24th day of March, 2021.**

**William R. Sawyer
United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KYIESHA YVONNE HOWARD, | ) | CHAPTER 13 |
| | ) | CASE NO. 20-30471 |
| DEBTOR. | ) | |

**ORDER ON MOTION FOR RELIEF FROM STAY FILED BY PRATTVILLE AT HIGHLAND LAKES AND APPROVING SETTLEMENT BETWEEN DEBTOR AND PRATTVILLE AT HIGHLAND LAKES**

This matter comes before this Honorable Court upon the motion of Prattville at Highland Lakes to lift the automatic stay in order to proceed with eviction proceedings against the Debtor, and the joint motion of Prattville at Highland Lakes and the Debtor to approve a compromise and settlement of claims the Debtor maintains against Prattville at Highland Lakes. Subject to court approval, the parties have reached an agreement as follows:

1. Debtor filed this case on to-wit: February 15, 2020. At that time Debtor was residing in apartment number 2114 at Prattville at Highland Lakes ("PHL"). The Debtor was in arrears on her rent payments at the time she filed and the owner of PHL filed a pre-petition rent arrearage claim totaling $2,345.00, which was assigned claim number 7 in this case.

2. The Debtor received numerous written notices and was contacted by employees of PHL regarding her past due rent, which included both pre-petition and post-petition amounts.

3. The Debtor has presented a written demand to PHL for various claims of violation

of the stay, improper contact, and demands for payment of pre-petition debt and other claims which she could have brought by way of an adversary proceeding.

4. In order to resolve all matters between the parties, including any and all adversary claims that the Debtor might have for conduct of the employees, agents and representatives of PHL, the parties have reached the following settlement:

(a) The pre-petition arrearage claim (claim no. 7) filed in the amount of $2,345.00 shall remain in line for payment by the Chapter 13 Trustee and the Debtor shall remain liable for that amount.

(b) Debtor shall be released and forgiven for all post-petition arrearage through and including December 31, 2020, in the amount of $3,647.25.

(c) Beginning with the rent payment that comes due on January 1, 2021, Debtor shall pay all rent payments as they come due under the lease. The payments are due on the 1st day of each calendar month and are considered late the 5th day of the month. In the event Debtor does not make a monthly rent payment by the 5th of the month, then Prattville at Highland Lakes shall have the right to file a certificate of default with the court giving the Debtor 20 days to cure said default. The certificate shall be served on the Debtor and the attorney for the Debtor and shall contain notice that the stay will terminate pursuant to this order, without further hearing, if the Debtor fails to cure said default within 20 days from the filing of the certificate thereby allowing Prattville at Highland Lakes to proceed with eviction proceedings.

(d) PHL shall pay the attorney's fees owed to The Bush Law Firm, LLC in the amount of $1,500.00.

(e) According to the settlement the motion to lift stay filed by PHL shall be conditionally denied subject to the provisions of the joint settlement agreement.

5. The court notes that simultaneously with the filing of this proposed consent order, Debtor and Debtor's counsel are filing a motion for approval of the settlement and attorney's fees.

6. The court finds that the settlement is fair and equitable and approves the settlement.

*** END OF ORDER ***

Submitted By:

  /s/ Charles N. Parnell, III
Charles N. Parnell, III
Parnell & Parnell, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189
(334) 832-4200
bkrp@parnellsoutheast.com

THIS ORDER CONSENTED TO BY:

Hon. Sabrina McKinney, Trustee
Hon. Gregory E. Tolar, Attorney for Debtor

                                            cc:      Hon. Gregory E. Tolar
                                                      Hon. Charles N. Parnell, III
                                                        Debtor
                                                        Trustee